6 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
7 AT SEATTLE

8 UNITED STATES OF AMERICA, )
)
9 Plaintiff, ) Case No. MJ09-579
)
10 v. ) **DETENTION ORDER**
)
11 JASON STEADMAN, )
)
12 Defendant. )

13 Offense charged:

14 Sending Threatening Hoax Letters.
Mailing Threatening Communications.

15 Date of Detention Hearing: December 3, 2009.

16 The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and
17 based upon the factual findings and statement of reasons for detention hereafter set forth, finds
18 that no condition or combination of conditions which the defendant can meet will reasonably
19 assure the appearance of the defendant as required and the safety of any other person and the
20 community.

21 FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

22 Defendant's criminal history evidences a pattern of making threats and retaliation. His
23

DETENTION ORDER - 1

personal circumstances evidence a risk of flight and danger to the community. This includes concerns about domestic violence, alcohol use and anger problems.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshall, and to the United States Pretrial Services Officer.

DATED this 3rd day of December, 2009.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2